

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00127-CV

IN THE MATTER OF D.M.　　　　　§　On Appeal from the 323rd District Court

§　of Tarrant County (323-113581-20)

§　February 24, 2022

§　Memorandum Opinion by Justice Wallach

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Mike Wallach_____
　　　Justice Mike Wallach